# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JEAN-PAUL GAMARRA,

Defendant.

Criminal No. 17-65 (JDB)

**FILED**

MAY 27 2021

Clerk, U.S. District and
Bankruptcy Courts

## VERDICT FORM

**COUNT ONE:**

With respect to the offense of Threats Against the President, we the jury find the defendant Jean-Paul Gamarra:

_____X_____ Guilty                              _____ Not Guilty

**COUNT TWO:**

With respect to the offense of Threatening and Conveying False Information Concerning Use of an Explosive, we, the jury, find the defendant Jean-Paul Gamarra:

_____X_____ Guilty                              _____ Not Guilty

_____

**FOREPERSON**

05/27/21
_____

**DATE**